UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America       §

§

vs.       §     NO:   AU:24-CR-00118(1)-RP

§

(1) Daltha Ray Terrell       §

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 21, 2026, wherein the defendant Terrell waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Terrell to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Terrell's plea of guilty to Count 1s and 2s of the Superseding Information is accepted.

Signed this 2nd day of February, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE